**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANGELA ARCHULETA,** *Plaintiff,* | § § § | |
| **vs.** | § | **Civil Action No.** 4:24-CV-02787 |
| **HOME DEPOT USA, INC.** *Defendant.* | § § § | |

**EXHIBIT A- INDEX OF DOCUMENTS BEING FILED**

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| B | N/A | Case summary (Docket Sheet) |
| C | 6/17/2024 | Plaintiff's Original Petition |
| D | 06/27/2024 | Return of Service |
| E | 07/19/2024 | Defendant's Original Answer and Affirmative Defenses |
| F | | Certificate of Interested Persons |
| G | | Notice of Removal in State Court |
| H | 07/18/2024 | Affidavit of Louis R. Tenney |

Respectfully submitted,

By: ***/s/ Trek Doyle***

Trek Doyle
State Bar No. 00790608
So. Dist. No. 27163
trek@doyleseelbach.com
Aida Nieto
State Bar No. 24104052
So. Dist. No. 6781298
aida@doyleseelbach.com
Doyle & Seelbach PLLC
13215 Bee Cave Pkwy, Ste. A220
Austin, Texas 78738
512.960.4890 Telephone
512.960.4893 fax
doyleseelbach.com
*ATTORNEYS FOR DEFENDANT*

Doyle & Seelbach

**EXHIBIT A**